UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:17-cr-239-JPH-DML |
| KASHAIN JONES, | ) ) | - 01 |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

On November 22, 2022, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed on November 4, 2022. Defendant appeared in person with his appointed counsel Dominic Martin. The government appeared by William McCoskey, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Ryan Sharp.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted violation numbers 1 and 2. [Docket No. 60.]

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **"You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility."** |

On August 12, 2022, Mr. Jones was caught by a correctional officer at the Volunteers of America (VOA) sitting on a chair in the bathroom with rolling papers on his lap and a lit joint containing a green leafy substance inside of it known as "katy" which is another name for synthetic marijuana or Spice. He dropped the lit joint and stated it wasn't his.

On September 12, 2022, a correctional officer at the VOA observed Mr. Jones and another resident hovering over what appeared to be a bag of marijuana. The officer walked over and confiscated a baseball size bag of synthetic marijuana or Spice. Mr. Jones claimed it was not his. He was immediately drug tested and the results were negative for traditional drugs. The additional testing for Spice was sent to the national laboratory, and the results were negative.

On November 4, 2022, Charleston Bowles, the director of the VOA, notified the U.S. Probation Office that he is requesting the immediate removal of Kashain Jones from the VOA facility. Director Bowles stated Mr. Jones continues to disregard all safety rules and regulations of the facility and is a constant nuisance on the floor at all hours of the day. Mr. Jones is frequently removed from the bathroom stall in an unconscious manner or in a seizure state from ingesting illegal contraband. Mr. Jones has also been a frequent culprit of severely damaging the VOA's toilets and urinals during his illegal use of contraband episodes.

| | |
|---|---|
| 2. | **"You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption."** |

On July 1, 6, and 12, 2022, Mr. Jones submitted urine samples that tested positive for marijuana.

As noted in Violation #1, Mr. Jones now has at least three incidents that involved possessing synthetic marijuana or Spice while residing at the VOA.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months and 1 day without supervised release to follow. The Defendant requested placement at a medical facility or the Terre Haute Satellite Camp.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a medical facility or the Terre Haute Satellite Camp. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 11/23/2022

                                            Mario Garcia
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system